An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KENWON MONTGOMERY A/K/A
KENWON MONGOMERY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62016

FILED

JUN 13 2013

TRAGIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a motion to modify sentence.[1]  Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

In his motion filed on September 10, 2012, appellant claimed that his sentence should be modified because he received two consecutive sentences of 4 to 10 years in prison instead of one sentence of 8 to 20 years.  Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996).  Further, appellant raised this claim in a previous motion to modify and this court concluded he failed to demonstrate that his sentence should be modified. *Montgomery v. State*, Docket No. 59374 (Order of Affirmance, March 7, 2012).  Therefore, this claim was barred by

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17380

the doctrine of law of the case, *Hall v. State*, 91 Nev. 314, 315-16, 535 P.2d 797, 798-99 (1975), and the district court did not err in denying this claim. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Linda Marie Bell, District Judge
Kenwon Montgomery
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk